RICHARD J. REYNOLDS        STATE BAR NO. 89911
FABIO R. CABEZAS           STATE BAR NO. 131998
TURNER, REYNOLDS, GRECO & O'HARA
A Law Corporation
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618-3837

Telephone:  949 474-6900
Facsimile:  949 474-6907
E-Mail:     rreynolds@trlawyers.com
E-Mail:     fcabezas@trlawyers.com

**Attorneys for** Defendant, MTC FINANCIAL INC., dba TRUSTEE CORPS (erroneously sued as TRUSTEE CORPS, INC.)

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES MACKLIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDYMAC BANK, INC., ONE WEST BANK, INC.; FREDDIE MAC BANK, INC.; TRUSTEE CORPS, INC.; TITANIUM SOLUTIONS, INC., and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. 2:10-cv-01081-MCE-DAD<br><br>**ORDER FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE PUNITIVE DAMAGES BY COUNSEL FOR DEFENDANT MTC FINANCIAL INC., dba TRUSTEE CORPS**<br><br>DATE:　September 30, 2010<br>TIME:　2:00 pm<br>CRTM:　7<br><br>Complaint filed May 1, 2010 |

　　　IT IS HEREBY ORDERED that Fabio R. Cabezas of Turner, Reynolds, Greco & O'Hara, Counsel for Defendant, MTC FINANCIAL INC., dba TRUSTEE CORPS ("TRUSTEE CORPS") may appear telephonically at the hearing on TRUSTEE CORPS' Motion to Dismiss and Motion to Strike Punitive Damages set for September 30, 2010 at 2:00 p.m. in Courtroom 7.

　　　IT IS SO ORDERED.

Dated: September 24, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE