WILLIAM G. MALCOLM, #129271
NICHOLAS BRUTOCAO #252741
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612
Phone (949) 252-9400
Facsimile (949) 252-1032

Attorneys for Defendant, ONEWEST BANK, INC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MACKLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, INC; ONEWEST BANK, INC; FREDDIE MAC BANK, INC; TRUSTEE CORP, IN.; TITANIUM SOLUTIONS, INC., and DOES 1 to 50 Inclusive,<br><br>　　　　　Defendant. | Case No. 2:10-cv-01081-MCE-DAD<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPERANCE**<br><br>**Date:** September 30, 2010<br>**Time:** 2:00 PM<br>**Crtm:** 7 |

The Court, having reviewed Defendant's Motion to Request Telephonic Appearance and good cause appearing, hereby Orders that Nicholas Brutocao, attorney for Defendant ONEWEST BANK, may appear telephonically for the September 30, 2010 at 2:00 pm.

DATED: September 29, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com